**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 69.250.127.222**

**ISP:** Comcast Cable
**Physical Location:** Cockeysville, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/07/2018 03:42:20 | 7C079EC25658D9F7F3B7CBF490AF55AD420BC335 | Hot Blooded |
| 11/18/2017 17:52:27 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 09/16/2017 16:08:07 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/17/2017 14:12:04 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 06/12/2017 01:33:47 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 02/11/2017 17:43:37 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |
| 01/29/2017 20:55:08 | 6B90E9FDB4FAB0EA1C4F3A054B5F5179382F4D26 | A Rose A Kiss and A Bang |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

MD673