**Copyrights-In-Suit for IP Address 69.250.127.222**

**ISP:** Comcast Cable
**Location:** Cockeysville, MD

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Hot Blooded | PENDING | 03/03/2018 | 03/05/2018 | 03/07/2018 |
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 11/18/2017 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 09/16/2017 |
| Definitely Not So Shy | PA0002081983 | 07/15/2017 | 08/30/2017 | 07/17/2017 |
| Love In Prague | PA0002050599 | 06/10/2017 | 08/29/2017 | 06/12/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 02/11/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 01/29/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 7**

EXHIBIT B

MD673